UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21322-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAHMUT KOLUK,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 13) ("***Report***") on Plaintiff's Motion for Default Judgment (DE 10) ("***Motion***"). In the Report, Magistrate Judge Goodman recommends that the Court grant Plaintiff's Motion. (DE 13 at 1.) Specifically, the Report finds that the Court holds jurisdiction over Plaintiff's claim and Plaintiff sufficiently establishes Defendant's liability under 31 U.S.C. § 5321. (*Id.* at 6–13.) The Report further recommends that default judgment be entered in favor of Plaintiff and against Defendant in the amount of $50,802.80, together with interest and penalties accruing as provided by 31 U.S.C. § 3717. (*Id.* at 17.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 13) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Judgment (DE 10) is **GRANTED**.

3. Final judgment will be entered by way of a separate order.

4. All deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>1st</u> day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE